In the Matter of SEYMOUR GRATZ v. EDWARD F. CAVANAGH, JR., as Fire Commissioner of the City of New York.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the Corporation Counsel and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

ELMA HARRIS v. LARONA STUDIOS, INC., et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

In the Matter of FELICIA SHPRITZER, on Behalf of Herself and Others Similarly Situated, v. THEODORE H. LANG.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

WILLIAM CARBONELL v. F. M. CHARLTON CO., INC., et al.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

PHYLLIS TINELLI, as Administratrix of the Estate of FRANK TINELLI, JR., Deceased, v. UPSON-WALTON CO. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962 with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the conditions imposed respondent may enter an order dismissing the appeal without notice to the appellant. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

JANE UHL v. CITY OF NEW YORK et al.— Motion to dispense with printing denied, without prejudice, however, to a renewal thereof upon papers demonstrating the jurisdiction of this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.